IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

GO FIT LLC, )
    Plaintiff, )
)
v. ) Civil Action No. 1:11cv689
)
GOFIT.COM, )
    Defendant. )

## JUDGMENT ORDER

Upon consideration of the December 20, 2011 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts in part the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the December 20, 2011 Report and Recommendation, specifically as follows:

It is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant.

It is further **ORDERED** that Verisign is **DIRECTED** to take prompt steps to ensure that ownership and registration of the defendant domain name <gofit.com> is **TRANSFERRED** to plaintiff.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to defendant, Verisign, and all counsel of record.

Alexandria, VA
January 10, 2012

/s/
T. S. Ellis, III
United States District Judge