IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| GO FIT LLC, | ) | |
|     Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No.1:11CV689 |
| | ) | |
| GOFIT.COM, | ) | |
|     Defendant(s) | ) | |

## JUDGMENT

Pursuant to the order of this Court entered on January 10, 2012, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered by default in favor of the plaintiff, GO FIT LLC and against the defendant GOFIT.COM.

FERNANDO GALINDO, CLERK OF COURT

By: _____

Deputy Clerk

Alexandria, Virginia
January 10, 2012