IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division



| | |
|---|---|
| GO FIT LLC, an Oklahoma limited liability company | : |
| Plaintiff, | : |
| v. | : Case No. 1:11cv689 |
| GOFIT.COM, an Internet domain name, | : |
| Defendant. | : |

ORDER FOR AMENDING JUDGMENT

Defendant has been found, in default, to have violated 15 U.S.C. §1125(d) of the ACPA, and Judgment entered on January 10, 2012. Based upon the facts presented and that the amendment does not substantively change the outcome of the January 10, 2012 Judgment or otherwise prejudice Defendant.

Accordingly, Plaintiff Go Fit, LLC's Motion should be **GRANTED**.

For the reasons stated herein, it is hereby **ORDERED** that:

The January 10, 2012 Judgment is amended by substituting the following language in lieu of "It is further ordered that Verisign is **Directed** to take prompt steps to ensure that ownership and registration of the defendant domain name <gofit.com> is **Transferred** to plaintiff:

> It is further ORDERED the domain name <gofit.com> be immediately transferred by Defendant, its assignees and/or successors in interest or title, and the Registrars to

Plaintiff's control. To the extent the current Registrars do not facilitate the transfer of <gofit.com> to Plaintiff's control within ten (10) days of receipt of this judgment, the United States based Registry shall, within thirty (30) days, transfer <gofit.com> to a United States based Registrar of Plaintiff's choosing, and that Registrar shall transfer <gofit.com> to Plaintiff.

SIGNED this 9th day of April, 2012

The Honorable T.S. Ellis
UNITED STATES DISTRICT JUDGE

/s/
T. S. Ellis, III
United States District Judge